AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
            Plaintiffs

V.

J. Michael Landscaping, Inc.,
        Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11624 RWZ

TO: (Name and address of defendant)

    J. Michael Landscaping, Inc.
    853 Plain Street
    Marshfield, MA  02050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 0 4 2005

CLERK

(BY) DEPUTY CLERK

DATE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
Plymouth, ss.

September 21, 2005

I hereby certify and return that on 9/20/2005 at 10:55AM I served a true and attested copy of the summons, complaint, and exhibits in this action in the following manner: To wit, by delivering in hand to Michael Kersch, agent, person in charge at the time of service for J. Michael Landscaping, Inc., at , 853 Plain Street, Marshfield, MA 02050. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Attest (2 copies) ($5.00) Total Charges $56.50

Deputy Sheriff Robert C. Greek

_Robert C. Greek_
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                   Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure