# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

Plaintiffs

vs.

J. MICHAEL LANDSCAPING, INC.,
Defendant

and

BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,

Reach-and-Apply Defendants

C.A. No. 05-11624 RWZ

## AFFIDAVIT OF PHILIP M. MACKAY

1. My name is Phil Mackay. I am the Collections Agent for the Massachusetts Laborers' Benefit Funds ("the Funds").

2. If the $80,920.07 in unpaid fringe benefit contributions and underpayments owed by J. Michael Landscaping, Inc. ("J. Michael") is paid by the end of November, 2005, the company will owe the Funds $15,023.26 in interest thereon.

3. Further, J. Michael owes the Funds $6,682.30 in interest on previously late-paid contributions.

4. Liquidated damages of at least $16,184.01 are also due under the terms of the collective bargaining agreement.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF DECEMBER, 2005.

Philip M. Mackay

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon the defendant, J. Michael Landscaping, Inc. by its attorney, Paul J. Hogan at Hogan & Associates, 63 Chatham Street, Boston, MA 02109 this 7th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gagins
ARS 6306 05-198/affmackay2.doc

2