# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,                                                        C.A. No. 05-11624 RWZ
        Plaintiffs

        vs.

J. MICHAEL LANDSCAPING, INC.,
        Defendant

        and

BARLETTA ENGINEERING CORPORATION;
MODERN CONTINENTAL CONSTRUCTION CO.,
INC.; and PEABODY CONSTRUCTION COMPANY,
INC.,
        Reach-and-Apply Defendants

---

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies,

and to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 8, 2005 in which the Plaintiffs are Paul J.

McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, whose

attorney is Gregory A. Geiman of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500,

Boston, Massachusetts 02108, we command you to attach the personal property of the Defendant

J. Michael Landscaping, Inc. in accordance with the following directions and/or limitations (if any):  to the value of $122,041.18 and make due return of this writ with your doings thereon into said Court.

This attachment was approved on December _____, 2005 by the Honorable Rya W. Zobel in the amount of $122,041.18.

DATED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF DECEMBER, 2005.


_____
The Honorable Rya W. Zobel
United States District Judge

GAG/gag&ts
ARS 6306 05-198/writ-attach.doc