UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>vs.<br><br>J. MICHAEL LANDSCAPING, INC.,<br>　　　　　Defendant<br><br>and<br><br>BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,<br>　　　　　Reach-and-Apply Defendants | C.A. No. 05-11624 RWZ |

**CORRECTED LOCAL RULE 7.1(A)(2) CERTIFICATION REGARDING PLAINTIFFS' MOTION TO ATTACH PERSONAL PROPERTY OF DEFENDANT**

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion for Attachment of Personal Property in this matter he left a voicemail for J. Michael Landscaping, Inc.'s attorney in a good faith effort to resolve or narrow the issues. Counsel's call was not returned before the instant Motion was filed.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PAUL J. McNALLY, as he is
　　　　　　　　　　　　　　　　　　　　　TRUSTEE, MASSACHUSETTS

        LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  December 7, 2005

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the above Corrected Local Rule 7.1(A)(2) Certification has been served by first class mail upon defendant, J. Michael Landscaping, Inc. by its attorney, Paul Hogan, Esquire at Hogan & Associates, 63 Chatham Street, Boston, MA  02109 and reach-and-apply defendants, Barletta Engineering Corporation at 40 Shawmut Road, Suite #200, Canton, MA  02021, Modern Continental Construction Co., Inc. at 600 Memorial Drive, Cambridge, MA  02139, and Peabody Construction Company, Inc. at 536 Granite Street, Braintree, MA  02184 this 7th day of December, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-198/motion-attachpersprop--correct-7.1.doc