UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>J. MICHAEL LANDSCAPING, INC.,<br>　　　　Defendant<br><br>and<br><br>BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,<br>　　　　Reach-and-Apply Defendants | C.A. No. 05-11624 RWZ |

**WRIT OF ATTACHMENT**

To the United States Marshal of the District of Massachusetts or either of his Deputies,

and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 8, 2005 in which the Plaintiffs are Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, whose attorney is Gregory A. Geiman of Segal, Roitman, and Coleman of 11 Beacon Street, Suite #500, Boston, Massachusetts 02108, we command you to attach the personal property of the Defendant

J. Michael Landscaping, Inc. in accordance with the following directions and/or limitations (if any): to the value of $122,041.18 and make due return of this writ with your doings thereon into said Court.

This attachment was approved on ~~December~~ January 12, 2006 by the Honorable Rya W. Zobel in the amount of $122,041.18.

DATED AT BOSTON, MASSACHUSETTS THIS 12th DAY OF ~~DECEMBER, 2005.~~ January 2006

_____
The Honorable Rya W. Zobel
United States District Judge

GAG/gag&ts
ARS 6306 05-198/writ-attach.doc

2