AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

V.

J. Michael Landscaping, Inc.,
  Defendant
and

Barletta Engineering Corporation; Modern Continental Construction Co., Inc.; and Peabody Construction Company, Inc.,
  Reach-and-Apply Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11624 RWZ

TO: (Name and address of defendant)

  Peabody Construction Company, Inc.
  536 Granite Street
  Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Gregory A. Geiman, Esquire
  Segal, Roitman & Coleman
  11 Beacon Street
  Suite #500
  Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____
(BY) DEPUTY CLERK

DEC - 7 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                              Signature of Server

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel # (781) 326-1787

January 3, 2006

Norfolk, ss.

I hereby certify and return that on 12/30/2005 at 9:10AM I served a true and attested copy of the summons and amended complaint, exhibits in this action in the following manner: To wit, by delivering in hand to , , person in charge at the time of service for Peabody Construction Company, Inc., at 536 Granite Street, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff William M Blake

*Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure