UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Paul J. McNally et al                                           CIVIL ACTION
                    **Plaintiff**
                                                    NO.  05-cv-11624-RWZ
        V.

J. Michael Landscaping, Inc.

                    **Defendant**


## NOTICE OF DEFAULT


Upon application of the Plaintiff, Paul J. McNally et al __ for an order of Default for failure of the Defendant, J. Michael Landscaping, Inc._____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  24th  day of   March 2006  .


                              SARAH A. THORNTON
                              CLERK OF COURT


                    By:   Jay Johnson
                          Deputy Clerk

**Notice mailed to:**


(Default Notice.wpd - 3/7/2005)