UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>J. MICHAEL LANDSCAPING, INC.,<br>          Defendant<br><br>and<br><br>BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,<br>          Reach-and-Apply Defendants | C.A. No. 05-11624 RWZ |

**MOTION FOR EXTENSION OF TIME TO FILE**
**FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Paul J. McNally, as he is Trustee, et al, herein respectfully move this honorable Court for an extension of time until May 5, 2006 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The parties are currently seeking to resolve the above-captioned matter.

2. Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek a further extension of time until May 5, 2006 in which to file for Entry of Default Judgment in this matter.

        Respectfully submitted,

        PAUL J. McNALLY, as he is
        TRUSTEE, MASSACHUSETTS
        LABORERS' HEALTH AND WELFARE
        FUND, et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208
        ggeiman@segalroitman.com

Dated: April 21, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Plaintiffs' Motion for Extension of Time has been served by first class mail upon defendant, J. Michael Landscaping, Inc. by its attorney, Paul Hogan, Esquire at Hogan & Associates, 63 Chatham Street, Boston, MA  02109 and reach-and-apply defendants, Barletta Engineering Corporation at 40 Shawmut Road, Suite #200, Canton, MA  02021, Modern Continental Construction Co., Inc. at 600 Memorial Drive, Cambridge, MA 02139, and Peabody Construction Company, Inc. at 536 Granite Street, Braintree, MA  02184 this 21st day of April, 2006.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-198/motion-extime-dj.doc