UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>J. MICHAEL LANDSCAPING, INC.,<br>　　　　　　Defendant<br><br>and<br><br>BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,<br>　　　　　　Reach-and-Apply Defendants | C.A. No. 05-11624 RWZ |

## AFFIDAVIT OF PHILIP M. MACKAY

1. My name is Phil Mackay. I am the Collections Agent for the Massachusetts Laborers' Benefit Funds ("the Funds").

2. If the $76,042.18 in unpaid fringe benefit contributions and underpayments owed by J. Michael Landscaping, Inc. ("J. Michael") is paid by the end of June, 2006, the company

will owe the Funds $20,250.14 in interest thereon.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF JUNE, 2006.

_____
Philip M. Mackay

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by first class mail upon the Defendant, J. Michael Landscaping, Inc. by its attorney, Paul Hogan, Esquire at Hogan & Associates, 63 Chatham Street, Boston, MA 02109 and Reach-and-Apply Defendants, Barletta Engineering Corporation at 40 Shawmut Road, Suite #200, Canton, MA 02021, Modern Continental Construction Co., Inc. at 600 Memorial Drive, Cambridge, MA 02139, and Peabody Construction Company, Inc. at 536 Granite Street, Braintree, MA 02184 this 5th day of June, 2006.

_____
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-198/affmackay3.doc

2