UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

vs.

J. MICHAEL LANDSCAPING, INC.,
    Defendant

and

BARLETTA ENGINEERING CORPORATION; MODERN CONTINENTAL CONSTRUCTION CO., INC.; and PEABODY CONSTRUCTION COMPANY, INC.,
    Reach-and-Apply Defendants

C.A. No. 05-11624 RWZ

**DEFAULT JUDGMENT**

Defendant J. Michael Landscaping, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $76,042.18 in unpaid benefit funds contributions; $20,250.14 in interest on the unpaid contributions; an additional $15,208.44 in liquidated damages; and $5,330.88 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant J. Michael Landscaping, Inc. the principal amount of $76,042.18; prejudgment interest of $20,250.14; liquidated damages of $15,208.44; and attorneys' fees and costs of $5,330.88, for a total judgment of $116,831.64, with interest as provided by law, which interest rate is effective this date is _____ percent.

_____
The Honorable Rya W. Zobel
United States District Court

Dated: _____

GAG/gag&ts
ARS 6306 05-198/defltjdg.doc

2